IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER SCOTT HAUGHTON , | ) | CV 23-00045 LEK-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| REGISTRAR NICOLA COLBRAN, | ) | |
| RETIRED JUSTICE RICHARD | ) | |
| WHITE, JOHN SHANAHAN , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING  FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S CORRECTED REQUEST FOR DEFAULT JUDGMENT AND TO DISMISS COMPLAINT

Findings and Recommendation having been filed on April 5, 2023  and

served on all parties on April 06, 2023, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Deny Plaintiff's Corrected Request for Default Judgment and

to Dismiss Complaint", ECF No. 23  are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 18, 2023.



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge